IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

_____

| | | |
|---|---|---|
| IN THE MATTER OF SEALED DOCUMENTS | ) | Docket No. 3:16-cr-45-FDW |
| RELATED TO *UNITED STATES v. ABNEY, ET. AL.,* | ) | |
| 3:17-cr-219 | ) | |
| | ) | **ORDER UNSEALING** |
| | ) | **DOCUMENTS** |
| _____ | ) | |

UPON MOTION of the United States of America, by and through William T. Stetzer,

Attorney for the United States pursuant to 28 U.S.C. § 515, for an Order directing that the

Statement of Reasons as well as the Rule 35 motion and order in Tracy Kirchner's above-captioned

case number, which were previously sealed by the Court, be unsealed to the defendants in *United*

*States v. Abney, et.al.*, 3:17-cr-219.

IT IS HEREBY ORDERED that the documents be unsealed only to defendants in case

number 3:17-cr-219 for the purposes of discovery.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: August 17, 2018

Frank D. Whitney
Chief United States District Judge